**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-00023-LTB-CBS

THOMAS MINK and

       Plaintiff,

v.

SUSAN KNOX, a Deputy District Attorney working for the 19th Judicial District Attorney's Office, in her individual capacity,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Defendant's Unopposed Motion for Extension of Discovery Cut-Off to Conduct Deposition of Plaintiff (Doc 102 - filed February 15, 2011) is **GRANTED up to and including February 24, 2011**.

Dated:  February 16, 2011
_____