**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  04-cv-00023-LTB-CBS

THOMAS MINK and

       Plaintiff,

v.

SUSAN KNOX, a Deputy District Attorney working for the 19th Judicial District Attorney's Office, in her individual capacity,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     The Motion to Withdraw (Doc 104 - filed February 18, 2011) is **GRANTED**.  A Bruce Jones is allowed to withdraw as counsel for Plaintiff herein.  Plaintiff will continue to be represented by Alyssa K. Yatsko and Mark B. Wiletsky of Holland & Hart LLP.


Dated:  February 22, 2011
_____