IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 04-cv-00023-LTB-CBS

THOMAS MINK,

     Plaintiff,

v.

SUSAN KNOX, a Deputy District Attorney Working for the 19th Judicial District Attorney's
Office, in her individual capacity,

     Defendant.

_____

ORDER OF DISMISSAL
_____


     THIS MATTER having come before the Court on the Joint Stipulated Motion to

Dismiss With Prejudice (Doc 130 - filed December 19, 2011), and the Court being fully

advised in the premises, it is therefore

     ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.


                    BY THE COURT:


                      s/Lewis T. Babcock      
                    LEWIS T. BABCOCK, JUDGE

DATED: December 20, 2011